```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00618
   RODOLFO ELIZONDO
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4548


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was not confirmed.

     The case was dismissed without confirmation 04/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED              .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00              .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     1300.00              .00           .00
REAL TIME RESOLUTION      CURRENT MORTG         .00              .00           .00
REAL TIME RESOLUTION      MORTGAGE ARRE     1974.00              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     1169.30              .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00              .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE    24000.00              .00           .00
BUREAU OF COLLECTION REC  UNSEC W/INTER   NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED              .00           .00
VANRU CREDIT              UNSEC W/INTER   NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          4678.14              .00           .00
AMERICAS SERVICING CO     CURRENT MORTG         .00              .00           .00
AMERICAS SERVICING CO     MORTGAGE ARRE      400.00              .00           .00
ROGELIO FABELA            NOTICE ONLY     NOT FILED              .00           .00
UMBERTO FABELA            NOTICE ONLY     NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  SECURED NOT I   15239.45              .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   12746.06              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1325.81              .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     313.00              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,500.00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00618 RODOLFO ELIZONDO
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                    ---------------      ---------------
TOTALS                                         .00                       .00
```

 Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
  Dated: 07/22/08                     _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

```
                           PAGE   2
        CASE NO. 08 B 00618 RODOLFO ELIZONDO
```